■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASHIM KERNAHAN, Appellant. (Appeal No. 1.) [873 NYS2d 229]— Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered October 19, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted rape in the second degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on January 6, 2009 and by the attorneys for the parties on January 9 and 12, 2009,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASHIM KERNAHAN, Appellant. (Appeal No. 2.) [873 NYS2d 229]— Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered October 19, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted failure to register.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on January 6, 2009 and by the attorneys for the parties on January 9 and 12, 2009,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.